# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| HEATHER K. WARNER, et al<br>Individually and on behalf of all others similarly situated<br><br>*Plaintiff,*<br><br>v.<br><br>HAVAR, INC.,<br><br>*Defendant.* | § § § § § § § § § § § § | Civil Action No. 2:23-cv-1512<br><br>Chief Judge Algenon L. Marbley<br><br>Magistrate Judge Chelsea M. Vascura |

## ORDER STAYING CASE AND STIPULATION REGARDING TOLLING OF THE STATUTE OF LIMITATIONS

Before the Court is the Parties' Joint Motion to Stay the Case and Stipulation Regarding Tolling of the Statute of Limitations. The Court, having considered the Motion, finds that the Motion is well taken and that it should be GRANTED and IT IS THEREFORE ORDERED as follows:

1. The Joint Motion to Stay the Case and Stipulation Regarding Tolling of the Statute of Limitations is GRANTED and this matter is stayed until the date of mediation to be scheduled by the Parties.

2. The statute of limitations is tolled for the FLSA claims asserted in this action only from May 26, 2023, until the date of mediation for all persons who may later opt-in as putative class or collective members in this action alone. Should the stay be lifted prior to mediation, the running of the statute of limitations will resume at the same time the stay is lifted.

ORDERED this __2__ day of __August__, 2023.

HON. ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE