AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Heather K. Warner | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:23cv1512 |
| Havar, Inc. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The Court GRANTS [25] Joint Motion for Settlement Approval. This case is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs, except all court costs shall be borne by Defendant as agreed between the parties in the settlement agreement.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Chelsey M. Vascura   on a motion for   Joint Motion for Settlement Approval .

Date: 1/30/2024

CLERK OF COURT

*Melissa Saddler* (signature)

Signature of Clerk or Deputy Clerk